JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUETA VEGA DE CENDEJAS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:20-cv-01181-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 21) |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 2-day extension of time, from September 22, 2021 to September 24, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's second request for an extension of time.  Good cause exists for this short two-day extension.  Counsel has recently received a greater number of Answers and Certified Administrative Records from defendant in cases in this district, and the three other California Districts, each of which require settlement negotiations or merit briefing.  Counsel has

1

1  a greater than usual number of merit briefs due in September 2021.  However, a two-day
2  extension will allow Counsel to brief the issues thoroughly for the Court's consideration.
3  Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and
4  Court for any inconvenience this may cause.

Respectfully submitted,

Dated: September 20, 2021     PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: September 20, 2021     PHILLIP A. TALBERT
                              Acting United States Attorney
                              DEBORAH LEE STACHEL
                              Regional Chief Counsel, Region IX
                              Social Security Administration

By:  *\*/s/ Oscar Gonzalez de Llano*
    Oscar Gonzalez de Llano
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on September 20, 2021)

**ORDER**

Based on the above stipulation (ECF No. 21), IT IS ORDERED that Plaintiff shall serve Defendant with Plaintiff's Opening Brief no later than September 24, 2021. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **September 21, 2021**                            /s/ Erica P. Grosjean
                                                                                  UNITED STATES MAGISTRATE JUDGE