DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUETA VEGA DE CENDEJAS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 1:20-cv-01181-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 27) |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from December 23, 2021 to January 24, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S REPLY BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's third request for an extension of time.  Good cause exists for this extension. Counsel has preplanned vacation days for the Christmas holidays including vacation days to be spent out of State with family.  Counsel respectfully requests the Court granted the requested extension.

1

Counsel for the Plaintiff does not intend to further delay this matter. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: December 23, 2021     PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Dolly M. Trompeter*
DOLLY M. TROMPETER
Attorneys for Plaintiff

Dated: December 23, 2021     PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  *\*/s/ Oscar Gonzalez de Llano*
Oscar Gonzalez de Llano
Special Assistant United States Attorney
Attorneys for Defendant
(\*As authorized by email on December 23, 2021)

**ORDER**

Based on the above stipulation (ECF No. 27), IT IS ORDERED that Plaintiff shall file Plaintiff's reply brief no later than January 24, 2022.

IT IS SO ORDERED.

Dated:   **December 27, 2021**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE