Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
2440 Tulare St., Ste. 320
Fresno, CA 93721
Telephone: 559-439-9700
Facsimile: 559-439-9723
Email: info@jonathanpena.com
Attorney for Plaintiff, Enriqueta Vega De Cendejas

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ENRIQUETA VEGA DE CENDEJAS,<br><br>   Plaintiff,<br><br>         v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>   Defendant. | Case No.  1:20-cv-01181-EPG<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT; ORDER<br><br>(ECF No. 38) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of TEN THOUSAND FIVE-HUNDRED DOLLARS and 00/100 ($10,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and cost in the amount of zero dollars ($0.00) under 28 U.S.C. §1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

1   Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that
2   Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses
3   and costs to be made directly to Counsel, pursuant to the assignment executed by Plaintiff.  Any
4   payments made shall be delivered to Plaintiff's counsel, Jonathan O. Peña.

5   This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney
6   fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or
7   otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any
8   and all claims that Plaintiff and/or Counsel including Counsel's firm may have relating to EAJA
9   attorney fees in connection with this action.

10   This award is without prejudice to the rights of Counsel and/or Counsel's firm to seek Social
11   Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the
12   EAJA.

Respectfully submitted,

Dated: July 9, 2022           /s/ *Jonathan O. Peña*
                              JONATHAN O. PEÑA
                              Attorney for Plaintiff

Dated: July 11, 2022          PHILLIP A. TALBERT
                              United States Attorney
                              PETER K. THOMPSON
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

                              By:  _*_*Chantal R. Jenkins*
                              Chantal R. Jenkins
                              Special Assistant U.S. Attorney
                              Attorneys for Defendant
                              (*Permission to use electronic signature
                              obtained via email on July 11, 2022).

**ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses (ECF No. 38), IT IS ORDERED that fees and expenses in the amount of TEN THOUSAND FIVE-HUNDRED DOLLARS and 00/100 ($10,500.00) as authorized by the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), be awarded subject to the terms of the stipulation. Given the parties' stipulation, the Clerk of Court is respectfully directed to terminate Plaintiff's motion for attorney fees (ECF No. 32).

IT IS SO ORDERED.

Dated: **July 12, 2022**        /s/ Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE

-3-